FILED: 6/17/11

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah Ricketts, et al., | CASE NO. 09-228-GHK (FFMx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| Washington Mutual, Inc., et al., | |
| Defendants. | |

Based on our September 8, 2010 Order approving the class action settlement between Plaintiffs Tamar Albarian, Scott Burdge, Frank Dufour, Emit Hozay, Janet May, and Scott Wolfe (collectively, "Plaintiffs") and Defendant California Reconveyance Company ("CRC"), **IT IS HEREBY ADJUDGED** that all claims against CRC are **DISMISSED with prejudice**.

Based on our June 16, 2011 Order, **IT IS FURTHER ADJUDGED** that all claims asserted by Plaintiffs against the Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank, F.A. are **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: June 17, 2011

_____
GEORGE H. KING
United States District Judge